IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT L. FOSTER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Case No. 14-65 |
| | * |
| **AMERICAN EXPRESS COMPANY,** | * |
| | * |
| Defendant. | * |

### NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Robert L. Foster and, pursuant to Rule 41(a)(1)(A), *Federal Rules of Civil Procedure*, provide this NOTICE of dismiss, WITH PREJUDICE, of all claims brought herein.

/s/*Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiff
Post Office Box 1206
Mobile, Alabama  36633
Telephone: (251) 432-9212
E-mail: kjr@alaconsumerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of April, 2014, a true and correct copy of the foregoing pleading was electronically filed with copies to all attorneys of record.

/s/*Kenneth J. Riemer*
Kenneth J. Riemer